No. 96-1020. PLAINVIEW-OLD BETHPAGE CENTRAL SCHOOL DISTRICT ET AL. *v.* DONATO. C. A. 2d Cir. Certiorari denied.

No. 96-1021. ILLINOIS HIGH SCHOOL ASSN. *v.* GTE VANTAGE INC. C. A. 7th Cir. Certiorari denied.

No. 96-1035. BENDER SHIPBUILDING & REPAIR CO., INC. *v.* JARRELL. Ct. Civ. App. Ala. Certiorari denied.

No. 96-1039. REDGE *v.* MICHIGAN. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 96-1042. SIMMONS ET AL. *v.* SAFECO INSURANCE COMPANY OF AMERICA, INC. C. A. 11th Cir. Certiorari denied.

No. 96-1045. GILL *v.* DALKON SHIELD CLAIMANTS TRUST. C. A. 5th Cir. Certiorari denied.

No. 96-1077. ILLINOIS *v.* YARBER. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96-1078. WILEY *v.* GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied.

No. 96-1086. RANDALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96-1088. GEISER *v.* MATHEW, PERSONAL REPRESENTATIVE OF THE ESTATE OF MATHEW, DECEASED, ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 96-1100. WARWICK MALL TRUST ET AL. *v.* RHODE ISLAND ET AL. Sup. Ct. R. I. Certiorari denied.

No. 96-1118. PIEVSKY *v.* RIDGE, GOVERNOR OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96-1132. WILSON ET AL. *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.